UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEBORAH H. MORRIS

VERSUS

GRANITE STATE INSURANCE
COMPANY

CIVIL ACTION

NO. 08-516-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 6, 2009 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand (doc. no. 9) filed by plaintiff, Deborah H. Morris, is GRANTED IN PART, in that this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana, for further proceedings, and DENIED IN PART, in that plaintiff's request for an award of the reasonable costs and expenses associated with this motion is DENIED.

Baton Rouge, Louisiana, this 4th day of March, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA